

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
Southern District of Alabama

In re  Timothy Alan Hill
              Debtor

Case No.  11-04735

Chapter  7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 0.00 | | |
| B – Personal Property | YES | 3 | $ 40,810.47 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 4 | | $ 1,600,834.71 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 2,423.40 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 2,422.00 |
| TOTAL | | 16 | $ 40,810.47 | $ 1,600,834.71 | |

Official Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Alabama

In re  Timothy Alan Hill                              Case No.  11-04735
                   Debtor

                                                      Chapter  7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 2,423.40 |
| Average Expenses (from Schedule J, Line 18) | $ 2,422.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 2,423.40 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 1,600,834.71 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 1,600,834.71 |

Case 11-04735    Doc 10    Filed 12/29/11    Entered 12/29/11 12:51:22    Desc Main
                                 Document    Page 2 of 11

B6B (Official Form 6B) (12/07)

In re   Timothy Alan Hill                                    Case No. 11-04735
                Debtor                                                                  (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Personal Money Market<br>Heritage First Bank | | 100.00 |
| | | Savings<br>Regions | | 6.00 |
| | | Checking<br>Alabama One Credit Union | | 150.00 |
| | | Checking - Personal<br>Regions | | 15.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Living room, dining room, bedroom, kitchen and other misc. household goods<br>Debtor | | 100.00 |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing<br>Debtor | | 100.00 |
| 7. Furs and jewelry. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re   Timothy Alan Hill                              Case No.  11-04735
       Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Beneficial Life<br>Beneficial Life | | 3,894.19 |
| 10. Annuities. Itemize and name each issuer. | | Minnesota Life Simple IRA annuity<br>Debtor | | 6,928.81 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Stocks and Interests<br>Lion Chasers, LLC<br><br>Stocks and Interests<br>Gulf Shores Christian Retreat | | 1.00<br><br><br>10,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | 1/2 Interest in Ambassador Roofs (no assets)<br>Regions | | 215.47 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

AMENDED

**In re** Timothy Alan Hill  **Case No.** 11-04735
 Debtor  (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Jeep Wrangler  Debtor | | 13,000.00 |
| | | 2002 16' Utility Trailor  Debtor | | 300.00 |
| 26. Boats, motors, and accessories. | | 1995 22' Bob Holmes Boat with motor and trailor  Debtor | | 6,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____ continuation sheets attached  Total  $ 40,810.47

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6C (Official Form 6C) (04/10)**

**In re** Timothy Alan Hill      **Case No.** 11-04735
      **Debtor**                                             **(If known)**

*AMENDED*

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| Personal Money Market | Ala.Code § 6-10-6 | 100.00 | 100.00 |
| Savings | Ala.Code § 6-10-6 | 6.00 | 6.00 |
| Checking | Ala.Code § 6-10-6 | 150.00 | 150.00 |
| Living room, dining room, bedroom, kitchen and other misc. household goods | Ala.Code § 6-10-6 | 100.00 | 100.00 |
| Clothing | Ala.Code § 6-10-6 | 100.00 | 100.00 |
| Beneficial Life | Ala.Code § 27-14-32 | 3,894.19 | 3,894.19 |
| Stocks and Interests | Ala.Code § 6-10-6 | 1.00 | 1.00 |
| Stocks and Interests | Ala.Code § 6-10-6 | 1.00 | 10,000.00 |
| 1/2 Interest in Ambassador Roofs (no assets) | Ala.Code § 6-10-6 | 215.47 | 215.47 |
| 2007 Jeep Wrangler | Ala.Code § 6-10-6 | 1.00 | 13,000.00 |
| 2002 16' Utility Trailor | Ala.Code § 6-10-6 | 300.00 | 300.00 |
| 1995 22' Bob Holmes Boat with motor and trailor | Ala.Code § 6-10-6 | 1.00 | 6,000.00 |
| Minnesota Life Simple IRA annuity | Ala.Code § 27-14-32 | 6,928.81 | 6,928.81 |
| Checking - Personal | Ala.Code § 6-10-6 | 15.00 | 15.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**B6D (Official Form 6D) (12/07)**

*AMENDED*

In re ___Timothy Alan Hill_____,  Case No. __11-04735_____
           **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

[✓] Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above*.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

__0____continuation sheets attached

Subtotal ➤ (Total of this page)  $   0.00   $   0.00
Total ➤ (Use only on last page)  $   0.00   $   0.00

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

AMENDED

In re __Timothy Alan Hill_____,                    Case No. __11-04735_____
         **Debtor**                                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

　　　　State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

　　　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

　　　　If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　　　Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0428 <br> Advanta Business Service <br> Post Office Box 9217 <br> Old Bethpage, NY 11804 | | | Incurred: n/a <br> Consideration: Revolving charge account | | | | Notice Only |
| ACCOUNT NO. 1430 <br> Amex <br> P.O. Box 297871 <br> Fort Lauderdale, FL 33329 | | | Incurred: 11/1990 <br> Consideration: Credit card debt | | | | Notice Only |
| ACCOUNT NO. 9726 <br> Bank of America <br> 450 American Street <br> Simi Valley, CA 93065 | | | Incurred: 04/2005 <br> Consideration: Foreclosure | | | | Notice Only |
| ACCOUNT NO. 9413 <br> Chase <br> 3990 S. Babcock Street <br> Mebourne, FL 32901 | | | Incurred: 03/2005 <br> Consideration: Credit card debt | | | | Notice Only |

__3__ continuation sheets attached

Subtotal ▶ $ 　　　0.00

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.



In re  Timothy Alan Hill                          ,     Case No.  11-04735
          Debtor                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5415<br>Chase<br>P.O. Box 1093<br>Northridge, CA 91328 | | | Incurred: 10/2002<br>Consideration: Credit card debt | | | | |
| ACCOUNT NO. 5415<br>Chase<br>P.O. Box 1093<br>Northridge, CA 91328 | | | Incurred: 09/2002<br>Consideration: Credit card debt | | | | |
| ACCOUNT NO. n/a<br>James Ruskin Wilson<br>921 Running Brook Drive<br>Prattville, AL 36066 | | | Incurred: 03/2007<br>Consideration: Personal Guarantee<br>property purchased in the name of Lion Chasers, LLC<br>PERSONAL GUARANTEE | | | | 1,477,488.93 |
| ACCOUNT NO. 260<br>Ladco Leasing<br>555 St. Charles Place<br>Thousand Oaks, CA 91360 | | | Consideration: Revolving charge account<br>Account transferred to unknown lender | | | | Notice Only |
| ACCOUNT NO. 297<br>NY Comm Bank<br>1801 E. 19th Street<br>Cleveland, OH 44114 | | | Incurred: 04/2005 | | | | 0.00 |

Sheet no. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 1,477,488.93

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.



In re  Timothy Alan Hill                    ,          Case No.  11-04735
              **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9976<br>Regions Bank<br>2050 Parkway Office Circle<br>Birmingham, AL 35244 | | | Incurred: 03/2002<br>Consideration: Revolving charge account | | | | Notice Only |
| ACCOUNT NO. 592<br>Regions Mortgage, Inc.<br>Post Office Box 110<br>Hattiesburg, MS 39403 | | | Incurred: 07/2000<br>Consideration: Personal loan | | | | Notice Only |
| ACCOUNT NO. 7173<br>Sears/CBNA<br>Post Office Box 6189<br>Sioux Falls, SD 57117 | | | Incurred: 10/1995<br>Consideration: Revolving charge account | | | | Notice Only |
| ACCOUNT NO. 0219<br>Suntrust Mortgage<br>1001 Semmes Ave.<br>Richmond, VA 23224 | | | Incurred: 10/2005<br>Consideration: Foreclosure | | | | Notice Only |
| ACCOUNT NO. 0219<br>Suntrust Mortgage/CCS<br>1001 Semmes Avenue<br>Richmond, VA 23224 | | | Incurred: 10/2005<br>Consideration: Foreclosure | | | | 19,254.00 |

Sheet no. 2 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 19,254.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.



In re  Timothy Alan Hill                                  ,    Case No.  11-04735
              **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8 <br> Vision Bank <br> 2201 West 1st Street <br> Gulf Shores, AL 36542 | | | Incurred: unknown <br> Consideration: Revolving charge account | | | | Notice Only |
| ACCOUNT NO. 0008 <br> Vision Bank <br> 2201 West 1st Street <br> Gulf Shores, AL 36542 | | | Incurred: 09/2006 <br> Consideration: Personal loan <br> Home Equity Line | | | | 104,091.78 |
| ACCOUNT NO. 5573 <br> Wells Fargo Home Mortgage <br> 8480 Stagecoach Circle <br> Frederick, MD 21701 | | | Incurred: 04/2005 <br> Consideration: Personal loan | | | | Notice Only |
| ACCOUNT NO. 5573 <br> WFHM <br> 7255 Baymeadows WA <br> Post Office 10335 <br> Des Moines, IA 50306 | | | Incurred: 04/2005 <br> Consideration: Revolving charge account | | | | Notice Only |
| ACCOUNT NO. 5194 <br> Wilson B & T <br> 623 West Main <br> Post Office Box 768 <br> Lebanon, TN 37087 | | | Incurred: 05/2001 <br> Consideration: Revolving charge account | | | | Notice Only |

Sheet no. 3 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal ➤ $ 104,091.78

                                    Total ➤ $ 1,600,834.71

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)